

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CITY OF EL PASO, TEXAS/CLEAR CHANNEL OUTDOOR, INC. | § | No. 08-11-00284-CV |
| Appellants, | § | Appeal from the |
| v. | § | 120th Judicial District Court |
| CLEAR CHANNEL OUTDOOR, INC./CITY OF EL PASO, TEXAS, | § | of El Paso County, Texas |
| Appellees. | § | (TC# 2009-3939) |
| | § | |

## MEMORANDUM OPINION

Pursuant to Texas Rule of Appellate Procedure 42.1, Clear Channel Outdoor, Inc. and the City of El Paso, Texas have jointly moved to dismiss this appeal with prejudice because they have settled all matters in controversy. We previously ordered that the appeal be removed from the docket and abated to permit the parties to complete mediation. To effectuate what the parties have requested from us, we reinstate the appeal. Having done so, we grant the motion and dismiss the appeal with prejudice. Pursuant to the parties' agreement, we assess costs against the party incurring same. *See* TEX.R.APP.P. 42.1(d).

March 13, 2013

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.